AO440 (Rev 08/01) Summons in a Civil Action

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**SUMMONS IN A CIVIL ACTION**

LINDA TINKER, individually and on behalf of all others similarly situated,

    Plaintiff,

07CV1468 (NLH)

vs.

MENU FOODS, INC.,

    Defendants.

TO: (Name and Address of Defendant(s))

MenuFoods, Inc., 9130 Griffith Morgan Lane, Pennsauken, New Jersey, 08110

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Rodd, Esq.
Orin Kurtz, Esq.
ABBEY SPANIER RODD ABRAMS & PARADIS, LLP
212 East 39th Street,
New York, New York 10016
(212) 889-3700

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                  3/29/07
_____                     _____
CLERK [signature]                                 DATE
DEPUTY CLERK

Dockets.Justia.com