Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc.,

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA TINKER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS INC.,<br><br>Defendant | Civil Action No.: 07-cv-1468 (NLH) (AMD)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that the undersigned attorneys for the moving party defendants

– Menu Foods, Inc., shall move before the Honorable Noel L. Hillman of the United States

District Court for the District of New Jersey sitting in Camden, New Jersey on Friday, May 18,

2007 at 9 a.m. or as soon thereafter as counsel may be heard for an Order staying this litigation

pending the ruling by the Judicial Panel on Multidistrict Litigation (MDL) with respect to four

(4) Motions to Transfer and Consolidate numerous Class Action Complaints, which applications

are presently scheduled for Hearing before the MDL Panel on May 31, 2007 at the United States

Courthouse in Las Vegas, Nevada.  In the alternative, the moving parties seek an extension of

Dockets.Justia.com

time to file a responsive pleading to the plaintiff's Complaint until 30 days after the decision by

the MDL Panel with respect to the pending Motions to Transfer and Consolidate.

In support of the pending Motion, the moving party shall rely upon the Certification of

Counsel, as well as the attached Memorandum of Law. Oral Argument is respectfully requested.

Respectfully submitted,
HILL WALLACK LLP

BY: *Gerard H Hanson*

Gerard H. Hanson