Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc.,

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA TINKER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS INC.,<br><br>Defendant | Civil Action No.: 07-cv-1468 (NLH) (AMD)<br><br>ORDER |

THIS MATTER being presented to the Honorable Noel L. Hillman of the United States District Court for the District of New Jersey by Gerard H. Hanson, Esq. on behalf of Hill Wallack, attorneys for the moving party defendants; and the court having considered the papers submitted, and for good cause being shown:

IT IS on this _____ day of May, 2007 hereby ORDERED that this lawsuit is stayed pending the decision by the Judicial Panel on Multidistrict Litigation with respect to pending

Motions to Transfer and Consolidate lawsuits identified as the "Pet Food Product Liability Litigation," bearing MDL Docket 1850.

> Noel L. Hillman, Judge
> United States District Court