




- Home
- **Recall Information**
  - Press Release
  - Cat Product Information
  - Dog Product Information
  - FAQ's for Consumers

Recalled Cat Product Information

Recall Information **1-866-895-2708**

Variety or Multi-Packs:

If you are in possession of a variety or multi-pack, please be sure to check the individual can or pouch rather than relying solely on the date coding on the side of the carton.

Menu Foods Income
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1

Cat Update April 17, 2007

1. Americas Choice, Preferred Pets Last Updated: April 10, 2007
2. Authority Last Updated: April 5, 2007
3. Best Choice Last Updated: April 17, 2007
4. Companion Last Updated: April 10, 2007
5. Compliments Last Updated: April 5, 2007
6. Demoulas Market Basket
7. Eukanuba Last Updated: April 5, 2007
8. Fine Feline Cat
9. Food Lion
10. Foodtown
11. Giant Companion Last Updated: April 5, 2007
12. Hannaford
13. Hill Country Fare Last Updated: April 17, 2007
14. Hy-Vee
15. Iams Last Updated: April 5, 2007
16. J.E. Mondou Last Updated: April 10, 2007
17. Laura Lynn Last Updated: April 10, 2007
18. Li'l Red
19. Loving Meals
20. Medi-Cal Last Updated: April 10, 2007
21. Meijer's Main Choice
22. Nutriplan Last Updated: April 10, 2007
23. Nutro Max Gourmet Classics Last Updated: April 10, 2007
24. Nutro Natural Choice Last Updated: April 10, 2007
25. Nutro Products Last Updated: April 10, 2007
26. Paws
27. Pet Pride Last Updated: April 17, 2007
28. Presidents Choice Last Updated: April 5, 2007
29. Price Chopper Last Updated: April 10, 2007

30. Priority US
31. Publix Last Updated: April 10, 2007
32. Save-A-Lot Special Blend
33. Schnucks
34. Science Diet Feline Savory Cuts Cans Last Updated: April 12, 2007
35. Sophistacat Last Updated: April 17, 2007
36. Special Kitty Canada Last Updated: April 5, 2007
37. Special Kitty US Last Updated: April 5, 2007
38. Springfield Prize
39. Sprout
40. Stop & Shop Companion Last Updated: April 10, 2007
41. Tops Companion Last Updated: April 5, 2007
42. Wegmans Last Updated: April 5, 2007
43. Weis Total Pet
44. Western Family US
45. White Rose
46. Winn Dixie Last Updated: April 10, 2007
47. Your Pet Last Updated: April 10, 2007

© Copyright 2006, Menu Foods Income Fund, All Rights Reserved.
Best viewed using Internet Explorer.

# MENU FOODS INCOME FUND



- Home
- **Recall Information**
  - Press Release
  - Cat Product Information
  - Dog Product Information
  - FAQ's for Consumers

Recalled Dog Product Information

Recall Information **1-866-895-2708**

Menu Foods Income
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1

Variety or Multi-Packs:

If you are in possession of a variety or multi-pack, please be sure to check the individual can or pouch rather than relying solely on the date coding on the side of the carton.

Dog Update April 17, 2007

1. Americas Choice, Preferred Pets
2. Authority
3. Award  Last Updated: April 5, 2007
4. Best Choice
5. Big Bet
6. Big Red
7. Bloom
8. Cadillac
9. Companion  Last Updated: April 5, 2007
10. Demoulas Market Basket
11. Eukanuba Last Updated: April 5, 2007
12. Food Lion
13. Giant Companion  Last Updated: April 5, 2007
14. Grreat Choice  Last Updated: April 5, 2007
15. Hannaford
16. Hill Country Fare  Last Updated: April 5, 2007
17. Hy-Vee
18. Iams Last Updated: April 5, 2007
19. Laura Lynn
20. Loving Meals
21. Meijers Main Choice
22. Mighty Dog Pouch
23. Mixables  Last Updated: April 5, 2007
24. Natural Life  Last Updated: April 17, 2007
25. Nutriplan
26. Nutro Max  Last Updated: April 10, 2007
27. Nutro Natural Choice  Last Updated: April 10, 2007
28. Nutro Ultra  Last Updated: April 10, 2007
29. Nutro  Last Updated: April 10, 2007

30. Ol'Roy Canada  Last Updated: April 5, 2007
31. Ol'Roy US  Last Updated: April 17, 2007
32. Paws
33. Pet Essentials
34. Pet Pride - Good n Meaty  Last Updated: April 17, 2007
35. Presidents Choice  Last Updated: April 5, 2007
36. Price Chopper
37. Priority Canada
38. Priority US  Last Updated: April 5, 2007
39. Publix
40. Roche Brothers
41. Save-A-Lot Choice Morsels
42. Schnucks
43. Shep Dog
44. Springsfield Prize  Last Updated: April 5, 2007
45. Sprout
46. Stater Brothers  Last Updated: April 5, 2007
47. Stop & Shop Companion  Last Updated: April 5, 2007
48. Tops Companion  Last Updated: April 5, 2007
49. Wegmans Bruiser
50. Weis Total Pet
51. Western Family US
52. White Rose
53. Winn Dixie
54. Your Pet

© Copyright 2006, Menu Foods Income Fund, All Rights Reserved.
Best viewed using Internet Explorer.