TINKER v. MENU FOODS, INC. Doc. 8
Case 1:07-cv-01468-NLH-AMD   Document 8   Filed 05/03/2007   Page 1 of 2
Case 1:07-cv-01468-NLH-AMD   Document 6-4   Filed 04/23/2007   Page 1 of 2

AO440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

LINDA TINKER, GAIL BRYAN, SUSAN
HANCE-GOODMAN, CRYSTAL WARD,
DARLENE WARD, ALEXANDRA STARKEY,
WILLIAM MCMAHON and KAROLE VANDUSEN,
Individually and On Behalf Of All Others Similarly
Situated,

                     Plaintiffs,

                vs.

MENU FOODS, INC., MENU FOODS INCOME FUND
and CHEMNUTRA, INC.,

                    Defendants.

**SUMMONS IN A CIVIL ACTION
FOR AMENDED COMPLAINT**

Case No. 07-CV-1468 (NLH)

(Amended Complaint)

TO:   CHEMNUTRA, INC.
       810 South Durango Drive
       Las Vegas, Nevada 89145

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY:

ABBEY SPANIER RODD ABRAMS & PARADIS, LLP
212 East 39th Street
New York, New York 10016
(212) 889-3700

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                         5-3-07

CLERK                                                          DATE

DEPUTY CLERK

AO440 (Rev 8/01B5) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service:

☒ Served personally upon the defendant. Place where served : _____
_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Other (specify): _____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____        _____
               Date                  Signature of Server

                                     _____
                                     Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.