**ABBEY SPANIER RODD & ABRAMS, LLP**
Arthur N. Abbey
Stephen T. Rodd
Orin Kurtz
212 East 39th Street
New York, New York 10016
(212) 889-3700

**MCLAUGHLIN & STERN, LLP**
Alan E. Sash
260 Madison Avenue
New York, New York 10016
Tel: (212) 448-1100
Fax: (212) 448-0066

Attorneys for *Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA TINKER, GAIL BRYAN, SUSAN HANCE-GOODMAN, CRYSTAL WARD, DARLENE WARD, ALEXANDRA STARKEY, WILLIAM MCMAHON, KAROLE VANDUSEN, and MARJORIE READY, Individually and On Behalf Of All Others Similarly Situated, | Civil Action No. 07-CV-1468 (NLH) |
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM NAME** |
| vs. | |
| MENU FOODS, INC., | |
| Defendant. | |

TO:  **CLERK OF COURT**
      **USDC, DISTRICT OF NEW JERSEY**

      **ALL COUNSEL OF RECORD**

      Please take notice that ABBEY SPANIER RODD ABRAMS & PARADIS, LLP

has changed its name to:

      ABBEY SPANIER RODD & ABRAMS, LLP

Dockets.Justia.com

Please take further notice that the firm's website, address, telephone number and facsimile remains unchanged.

Please revise your service list accordingly.

Dated:      June ____, 2007

Respectfully submitted,

ABBEY SPANIER RODD & ABRAMS, LLP

By _____
Stephen T. Rodd
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191
Attorneys for Plaintiffs