# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 07-CV1468 (NLH)

Plaintiff:
LINDA TINKER, individually and on behalf of others similarly situated,
vs.
Defendant's:
MENU FOOD, INC.,

Received by Essential Services Group on the 5th day of April, 2007 at 12:29 pm to be served on Menu Foods, Inc., 9130 Griffith Morgan Lane, Pennsauken, NJ 08110.

I, Robert Miller, being duly sworn, depose and say that on the 5th day of April, 2007 at 1:10 pm, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Sean M. Conklin as Vice-President, Operations** for Menu Foods, Inc., at the address of: **9130 Griffith Morgan Road, Pennsauken, NJ 08110**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 40, Sex: M, Race/Skin Color: White, Height: 6'2, Weight: 230, Hair: Brown, Glasses: N

I the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation,

Subscribed and Sworn to before me on the 5th day of April, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

JOHN DANIEL HILTWINE
Notary Public
State of New Jersey
My Commission Expires Sep 13, 2011

Robert Miller
Process Server

Essential Services Group
555 Eighth Avenue
Suite 1901
New York, NY 10018
(212) 760-2300
Our Job Serial Number: 2007000240
Ref: TINKER

Copyright © 1992-2006 Database Services, Inc - Process Server's Toolbox V5.0n