**United States District Court**
**District of New Jersey**

| | | |
|---|---|---|
| Linda Tinker | PLAINTIFF(S) | CASE NO:<br>1:07-CV-01468-NLH<br>-AMD |
| vs. | | |
| Menu Foods Inc. | DEFENDANT(S) | **AFFIDAVIT OF SERVICE** |

STATE OF NEVADA
COUNTY OF CLARK

Tina M. Britt, being first duly sworn, deposes and says: That affiant is, and was a citizen of the United States, over 18 years of age, and not a party to, nor interested in the proceeding in which this affidavit is made. That affiant received copies of the Summons in a Civil Action for Amended Complaint; Amended Class Action Complaint for Consumer Fraud and Jury Trial Demand, on May 8, 2007 and served the same on May 16, 2007 at 3:51 PM, in the following manner:

By serving Chemnutra Inc. personally, by delivering and leaving a copy with Steve Miller as Chief Executive Officer, an agent lawfully designated by statute to accept service of process;

Said service was effected at: 810 South Durango Drive, Suite 102, Las Vegas, NV 89145.

Tina M. Britt, Process Server
License No: 999A

SUBSCRIBED AND SWORN TO before me today Thursday, May 17, 2007.

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
PAMELA DUDLEY
Appt. No. 04-90439-1
My Appt. Expires July 22, 2008